IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-591-D

| | | |
|---|---|---|
| KEYDI YOSSELIN OSORIO HENRIQUEZ and JOSUE SANDOVAL BARAJAS,<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA ROGERS, Potomac Service Center Director, U.S. Citizenship and Immigration Services, and ANGELICA ALFONSO-ROYALS, Acting Director, U.S. Citizenship and Immigration Services,<br><br>Defendants. | ) | **ORDER** |

For the reasons stated in defendants' memorandum of law [D.E. 21], the court GRANTS defendants' motion to dismiss [D.E. 20] and DISMISSES WITHOUT PREJUDICE plaintiffs' complaint.

SO ORDERED. This 9 day of February, 2026.

J. Dever
JAMES C. DEVER III
United States District Judge